UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JASON STONE #212963,

        Petitioner,

                                        File No. 1:05-cv-691

v.

                                        HON. ROBERT HOLMES BELL

HUGH WOLFENBARGER,

        Respondent.
                                         /

**MEMORANDUM OPINION AND ORDER**
**ADOPTING THE REPORT AND RECOMMENDATION**

On January 9, 2009, United States Magistrate Judge Ellen S. Carmody issued a Report and Recommendation ("R&R") recommending denial of Petitioner Jason Stone's petition under 28 U.S.C. § 2255 for writ of habeas corpus. (Dkt. No. 24.) Petitioner filed objections to the R&R on January 12, 2009. (Dkt. No. 26.)

This Court is required to make a *de novo* review of those portions of a R&R to which specific objections are made, and may accept, reject, or modify any or all of the Magistrate Judge's findings or recommendations.  28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

Having conducted the required review of the R&R and Petitioner's objections thereto, the Court concurs with the conclusions of the Magistrate Judge as stated in the R&R.

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner's objections to the Report and Recommendation of the Magistrate Judge (Dkt. No. 26) are **DENIED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation (Dkt. No. 24) is **APPROVED** and **ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED** that Petitioner Jason Stone's petition for writ of habeas corpus is **DENIED**.


Dated: March 3, 2009                         /s/ Robert Holmes Bell
                                             ROBERT HOLMES BELL
                                             UNITED STATES DISTRICT JUDGE